IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA D. HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | No. C 13-02156 SI<br><br>**ORDER OF REFERRAL** |

　　Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Jeffrey S. White for a determination of whether this case is related to *Harris v. Astrue*, No. C 08-0831 JSW.

**IT IS SO ORDERED.**

Dated: 4/28/14

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE