IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA D. HARRIS, | No. C 13-02156 JSW |
| Plaintiff, | **ORDER REQUIRING CLARIFICATION FROM DEFENDANT AND REQUIRING DEFENDANT TO FILE ADMINISTRATIVE TRANSCRIPT IN ELECTRONIC FORM** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |

This matter comes before the Court upon consideration of the parties' cross-motions to remand. Plaintiff moves for a remand of benefits. Defendant cross-moves for remand for a further hearing. The Court HEREBY ORDERS Defendant to clarify her position on the specific nature of the error that she contends that ALJ committed at Step 4 of the disability analysis. Defendant's brief shall be no more than two pages and shall be filed by July 28, 2014.

In addition, on August 19, 2013, Defendant filed a Notice of Manual Filing, relating to the Administrative Transcript in this case. It is HEREBY ORDERED that Defendant shall electronically file the Administrative Transcript. Defendant shall be permitted to electronically file it in multiple volumes if that is required.

**IT IS SO ORDERED.**

Dated: July 21, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE