IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA D. HARRIS, | No. C 13-02156 JSW |
| Plaintiff, | **ORDER REQUIRING COPY OF ADMINISTRATIVE RECORD PAGES 434-446** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. / | |

When the Court received the Administrative Record in this case, a Manual Filing Notification with "Chambers Copy" stamped was affixed. Thus, the Court was not aware that Defendant had not submitted two copies of the Administrative Record. The Court took notes on pages 434-446, ALJ Parnow's Decision, because it believed - erroneously as it turns out - that the document was, in fact, a chambers copy and not the original.

Accordingly, the Court HEREBY ORDERS the parties to submit a clean hard copy of those pages to the Court by September 19, 2014. The Court intends to substitute the clean copy for the copy on which it took notes, but the Court will preserve those pages in its chambers file. If the parties have any objection to this procedure, they may file such objections by no later than September 12, 2014.

**IT IS SO ORDERED.**

Dated: September 5, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE