IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA D. HARRIS, | No. C 13-02156 JSW |
| Plaintiff, | **ORDER OF REFERRAL AND VACATING HEARING ON MOTION FOR ATTORNEY'S FEES AND COSTS** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |

On November 21, 2014, Plaintiff filed a motion for attorney's fees, which she noticed for a hearing on January 9, 2015. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion for attorney's fees to a randomly assigned Magistrate Judge for purposes of preparing a report and recommendation. In light of the referral, the Court VACATES the hearing date, but does not vacate the briefing schedule triggered by the filing of the motion.

If the parties have not received a notice of assignment within fourteen (14) days, please contact the Court's Courtroom Deputy, Jennifer Ottolini, at 510-637-3541.

**IT IS SO ORDERED.**

Dated: December 1, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California